Michael Thomas McGonnigal, Columbus Community Legal Services, Washington, DC, argued for petitioner.

Elizabeth Anne Speck, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Sean Siekkinen, Kirk T. Manhardt, Robert E. Kirschman, Jr., Joyce R. Branda; Rafael Alberto Madan, Jason P. Cooley, Joel Feil, Office of General Counsel, Office of Justice Programs.

NEWMAN, CLEVENGER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Harry E. Van Camp, DeWitt Ross & Stevens S.C., Madison, WI, argued for appellant. Also represented by Joseph T. Leone.

Michael John Von Loewenfeldt, Kerr & Wagstaffe, LLP, San Francisco, CA, argued for appellee. Also represented by Kevin Clune, Ivo Labar.

PROST, Chief Judge, DYK and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**COMPONEX CORPORATION,**
Plaintiff–Appellant

v.

**ELECTRONICS FOR IMAGING, INC., Defendant–Appellee.**

No. 2015–1178.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2015.

**In re Sheikha Lateefah ALSABAH, Appellant.**

No. 2015–1264.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2015.